1  Lawrance A. Bohm (SBN: 208716)
   BOHM LAW GROUP, INC.
2  4600 Northgate Boulevard, Suite 210
   Sacramento, California 95834
3  Telephone: 916.927.5574
   Facsimile: 916.927.2046
4  lbohm@bohmlaw.com

5  Robert L. Boucher (SBN: 244760)
   BOUCHER LAW
6  2121 Natomas Crossing Drive, Suite 200-239
   Sacramento, California 95834
7  Telephone: 916.974.9756
   robert@boucher-law.com
8
   Attorneys for Plaintiff
9  DAVE WELLER

10 Kurt A. Kappes (SBN 146384)
   Michelle DuCharme (SBN 285572)
11 GREENBERG TAURIG, LLP
   1201 K Street, Suite 1100
12 Sacramento, California 95814
   Telephone: 916.442.1111
13 Facsimile: 916.448.1709
   kappesk@gtlaw.com
14 ducharmem@gtlaw.com

15 Attorneys for Defendants
   BROKERAGE CONCEPTS, INC. and
16 HEALTHNOW NEW YORK INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVE WELLER,<br><br>　　　Plaintiff,<br><br>v.<br><br>HEALTHNOW NEW YORK, INC.;<br>HEALTHNOW; BROKERAGE CONCEPTS,<br>INC.; and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | CASE NO. 2:17-cv-00623-JAM-EFB<br><br>**SECOND JOINT STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE OF DEFENDANT HEALTHNOW NEW YORK, INC.** |

Plaintiff Dave Weller ("Plaintiff") and Defendant Brokerage Concepts, Inc. ("BCI"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the initial Complaint in this action was served on BCI on February 22, 2017 (ECF No. 1-1 at 47–48);

WHEREAS, this action was removed to this court on March 24, 2017 (ECF No. 1);

WHEREAS, BCI filed a response to the Complaint on March 31, 2017 (ECF No. 4);

WHEREAS, the initial Complaint in this action was served on Defendant HealthNow New York Inc. ("HNNY") on March 23, 2017 (ECF No. 7);

WHEREAS, on April 13, 2017, the parties filed a Joint Stipulation to Extend Responsive Pleading Deadline of Defendant HealthNow New York, Inc. from April 17, 2017 to May 15, 2017 (ECF No. 9);

WHEREAS, the deadline for HNNY to respond to the initial Complaint is currently May 15, 2017;

WHEREAS, the Parties are working together to determine who the proper Defendants in this matter are and anticipate reaching an agreement in the next two weeks.

NOW THEREFORE, in consideration of the foregoing, the parties, by and through their respective counsel of record, HEREBY STIPULATE and AGREE to extend the time for HealthNow New York Inc. to respond to the initial Complaint by fifteen (15) days, from the current response date of May 15, 2017 to the new response date of May 30, 2017.

DATED: May 12, 2017                      BOUCHER LAW

By: */s/Robert L. Boucher* .
Robert L. Boucher
Attorney for Plaintiff
DAVE WELLER

///

///

///

| | |
|---|---|
| 1  DATED: May 12, 2017 | GREENBERG TRAURIG, LLP |

By */s/ Michelle L. DuCharme*
Kurt A. Kappes
Michelle L. DuCharme
Attorneys for Defendants
BROKERAGE CONCEPTS, INC. and
HEALTHNOW NEW YORK INC.

## **ORDER**

In view of the parties' Stipulation, the Court orders the time for HealthNow New York Inc. to respond to the initial Complaint by fifteen (15) days, from the current response date of May 15, 2017 to the new response date of May 30, 2017.

**IT IS SO ORDERED.**

Dated: 5/12/2017

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge
Eastern District of California