Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.9212
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, California 95834
Telephone: 916.974.9756

Attorneys for Plaintiff,
DAVE WELLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVE WELLER,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHNOW NEW YORK, INC.; HEALTHNOW; BROKERAGE CONCEPTS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00623-JAM-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 8, 2016<br>Trial Date: December 3, 2018 |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff DAVE WELLER ("Plaintiff") seeks to dismiss this action against Defendant BROKERAGE CONCEPTS, INC., the parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

///

1

**Stipulation and [Proposed] Order for Dismissal with Prejudice**　　　　　　　　　　　　Lawrance A. Bohm, Esq.
*Weller v. HealthNow New York, Inc., et al.*　　　　　　　　　　　　　　　　　　　　　　Robert L. Boucher, Esq.
Case No.: 2:17-CV-00623-JAM-EFB

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees.

BOHM LAW GROUP, INC.

Date: May 8, 2018     By: */s/ Robert L. Boucher*
                                   Lawrance A. Bohm, Esq.
                                   Robert L. Boucher, Esq.

                                   Attorneys for Plaintiff,
                                   DAVE WELLER

GREENBERG TRAURIG, LLP

Date: May 8, 2018     By: */s/ Kurt A. Kappes*
                                   Kurt A. Kappes, Esq.,
                                   Michelle DuCharme, Esq.,

                                   Attorneys for Defendant,
                                   BROKERAGE CONCEPTS, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed with prejudice, in its entirety. The Clerk of the Court is directed to close the file.

Dated: 5/8/2018     /s/ John A. Mendez
                                UNITED STATES DISTRICT COURT JUDGE

**Stipulation and [Proposed] Order for Dismissal with Prejudice**    Lawrance A. Bohm, Esq.
*Weller v. HealthNow New York, Inc., et al.*    Robert L. Boucher, Esq.
Case No.: 2:17-CV-00623-JAM-EFB